UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WILKINS,<br><br>                    Plaintiff,<br>     v.<br>CHARLES DANIELS, *et al.*,<br><br>                    Defendants. | Case No. 3:21-cv-00146-ART-CSD<br><br>ORDER |

*Pro se* Plaintiff Christopher Wilkins initiated this action on March 31, 2021, by filing an application to proceed *in forma pauperis* and attaching the Court's form complaint to proceed with an action under 42 U.S.C. § 1983 for an incarcerated litigant. (ECF No. 1.) The Court issued a screening order on September 28, 2021 dismissing Defendant Baker without prejudice from the complaint and allowing Wilkins' claims to proceed against Defendants Daniels, Dr. Adamson, and Russell. (ECF No. 3). Defendants Daniels and Russell accepted service on January 19, 2022, but to date no proof of service has been filed for Dr. Adamson. (ECF No. 10).

On May 3, 2022, the Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by June 2, 2022. (ECF No. 22). To date, no proof of service has been filed and Plaintiff has not contacted the Court to request an extension of time. Because the deadline to serve Dr. Adamson has expired, the Court will dismiss the claims against Dr. Adamson without prejudice.

//
//
//
//

1

1      It is therefore ordered that Dr. Adamson is dismissed without prejudice
2 from this case. Plaintiff's claims may proceed against Defendants Daniels and
3 Russell.

5      DATED THIS 18th Day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2