UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER WILKINS,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

Case No.: 3:21-cv-00146-MMD-CSD

**Order**

Re: ECF No. 24

Before the court is Defendants' motion for an extension of the dispositive motion deadline (first request). (ECF No. 24.) Good causes exists for extending the dispositive motions deadline, and Defendants' motion (ECF No. 24) is **GRANTED**.

Dispositive motions are now due **October 28, 2022.**

The joint pretrial order is due on **November 28, 2022**, unless dispositive motions are filed in which case the joint pretrial order is due 30 days after an order is issued on the dispositive motions or on further order of the court.

The court also notes that Defendants' motion was returned as undeliverable, with a notation that Plaintiff was paroled. Plaintiff has **21 days** from the date of this Order to file a notice of change of address. LR IA 3-1. The failure to timely do so will result in a recommendation that this action be dismissed.

**IT IS SO ORDERED**.

Dated: September 27, 2022

                                                                                                          _____
                                                                                                          Craig S. Denney
                                                                                                          United States Magistrate Judge