UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WILKINS, | Case No.: 3:21-cv-00146-ART-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| CHARLES DANIELS, et. al., | |
| Defendants | |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Defendants filed a motion for extension of the dispositive motions deadline. (ECF No. 24.) On September 27, 2022, the court granted that motion, and noted that the motion was returned as undeliverable as to Plaintiff, with a notation that Plaintiff had been paroled. The court gave Plaintiff 21 days to file a notice of change of address, and the court cautioned him that a failure to do so would result in a recommendation that his action be dismissed. (ECF No. 26.)

To date, Plaintiff has not filed a notice of change of address, or otherwise communicated with the court.

An attorney or pro se party must immediately file with the court written notification of any change of mailing address, and a failure to do so may result in the dismissal of the action, entry of default judgment, or other appropriate sanction. LR IA 3-1.

Plaintiff has not kept the court apprised of his updated address. Nor has he made any other attempt to contact the court to prosecution this action. Therefore, it is recommended that this action be dismissed without prejudice under Local Rule IA 3-1.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and **DENYING AS MOOT** Defendants' pending motion for summary judgment (ECF No. 27) and corresponding motion for leave to file documents under seal (ECF No. 28).

The parties should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: November 7, 2022

_____
Craig S. Denney
United States Magistrate Judge